LAW OFFICE OF
**VINCENT D. McNAMARA**
TOWER SQUARE
1045 Oyster Bay Road - Suite 1, East Norwich, NY 11732
Telephone: (516) 922-9100
Fax: (516) 922-9208
*E-Mail Address: info@vdm-law.com*

VINCENT D. McNAMARA

KAREN J. WALSH
JOHN F. BOLAND
ANTHONY MARINO
HELEN M. BENZIE

OF COUNSEL

VINOD OCHANI

December 30, 2014

Hon. Vera M. Scanlon
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Porras v. Magnum Automotive, Inc. and Maurice Albanese*
       EDNY Docket No.: 1:114-cv-07122 –SJ-VMS
       Our: 798-4502

Dear Judge Scanlon:

  We represent the defendants, *Magnum Automotive, Inc. and Maurice Albanese,* in the instant action and write with the consent of counsel for the plaintiff to request an extension of time to appear answer and/or move with respect to the Complaint in this action to February 18, 2015. A formatted Stipulation is enclosed with this letter motion.

  Please let us know if you require the Stipulation with signatures to be submitted.

  On behalf of all parties, we thank you for your thoughtful consideration of this request.

                Respectfully yours,
                /s/ *Helen M. Benzie*
HMB               Helen M. Benzie
CC: L Franco Electronic Service-Fax

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISAAC PORRAS, Individually and on Behalf   Case 1:14-cv-07122-SJ-VMS
of Others Similarly Situated,

                    Plaintiff,   STIPULATION EXTENDING
                                                                         TIME TO ANSWER

  -against-

MAGNUM AUTOMOTIVE INC. (d/b/a
MAGNUM AUTOMOTIVE) and MAURICE
ALBANESE,

                    Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, that the time for the defendants, MAGNUM AUTOMOTIVE INC. (d/b/a MAGNUM AUTOMOTIVE) and MAURICE ALBANESE to appear, answer and/or move with respect to the Complaint in this action be and the same hereby is extended to **February 18, 2015.**

    The defendants agree to waive all personal jurisdictional defenses.

Dated:  East Norwich, New York
           December 22, 2014


| LAW OFFICE OF VINCENT D. McNAMARA | FUSTER LAW, P.C. |
|---|---|
| /s/ *Helen M. Benzie* | /s/ *Lima M. Franco* |
| By:_____ | By:_____ |
|   Helen M. Benzie (HMB2987) |   Lima M. Franco (LF1102) |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 1045 Oyster Bay Road, Suite 1 | 31-10 37th Avenue, Suite 204 |
| East Norwich, New York 11732 | Long Island City, New York 11101 |
| (516) 922-9100 | (718) 702-1622 |

SO ORDERED:


_____                      _____
  U.S.M.J.                                                                        DATED